# EXHIBIT D
## Feb. 21, 2022 and Feb. 23, 2022 Tweets



**@ThomasMoreSoc**
@ThomasMoreSoc

Replying to @lilithfund

@lilithfund donors could get sued under SB 8: thomasmoresociety.org/abortion-funds...

6:45 PM · Feb 21, 2022 · Twitter Web App

1 Retweet  2 Quote Tweets  1 Like



**@ThomasMoreSoc** @ThomasMoreSoc · Feb 23
"Those who are funding or assisting in bringing about these abortions will be revealed in discovery. Anyone who has aided or abetted an illegal abortion in Texas is subject to the full force of the law and imposition of these civil and criminal sanctions." @lilithfund

💬 1    🔁 3    ♡ 7    ↑

🔁 @ThomasMoreSoc Retweeted