# EXHIBIT E
# Feb. 21, 2022
# TMS Press Release
# Re: Pre-suit Discovery

Contact Us        Career Opportunities

SUBSCRIBE



# Abortion Funds to Face Pre-Suit Discovery over Violations of the Texas Heartbeat Act

Staff Writer        February 21, 2022        9:00 pm

Attorneys from the Thomas More Society have filed pre-suit petitions for discovery against two abortion funds that have admitted to violating the Texas Heartbeat Act. Directors of the Lilith Fund for Reproductive Equity and the Texas Equal Access Fund have admitted in court that their organizations paid for at least one abortion of an unborn child in Texas that had a detectable heartbeat. Earlier this month Thomas More Society attorneys submitted petitions to take depositions from Neesha Davé, the Deputy Director of the Lilith Fund for Reproductive Equity, and Kamyon Conner, the Executive Director of the Texas Equal Access Fund. ==These depositions will uncover the individuals subject to civil liability and criminal prosecution for aiding or abetting these illegal abortions, which will include each fund's employees, volunteers, and donors whose gifts are targeted or used for these illegal purposes.==

The Texas Heartbeat Act imposes civil liability on any person who aids or abets an abortion performed after fetal heartbeat is detected, and anyone found to have assisted a post-heartbeat abortion must pay at least $10,000 in statutory damages plus costs and attorneys' fees. It is also a criminal offense in Texas to "furnish the means for procuring an abortion knowing the purpose intended" unless the mother's life is in danger, and anyone convicted of

paying for another's abortion faces two to five years imprisonment for each abortion that they funded or otherwise helped to take place.

"It is illegal to pay for an abortion performed in Texas or to contribute to abortion funds to aid or abet these abortions," explained Tom Brejcha, President and Chief Counsel of the Thomas More Society. "The Lilith Fund and the Texas Equal Access Fund have admitted to paying for abortions in violation of the Texas Heartbeat Act, and in doing so they have exposed their employees, volunteers, and donors to civil lawsuits and potential criminal prosecution. Those donations were used not for First Amendment advocacy but to end the lives of innocent unborn human beings with beating hearts.Those who are funding or assisting in bringing about these abortions will be revealed in discovery. Anyone who has aided or abetted an illegal abortion in Texas is subject to the full force of the law and imposition of these civil and criminal sanctions."

Read the Verified Petition to Take Deposition to Investigate a Lawsuit filed in the District Court, Jack County, Texas, 271st Judicial District, requesting to depose Neesha Davé of the Lilith Fund for Reproductive Equity, here.

Read the Verified Petition to Take Deposition to Investigate a Lawsuit filed in the District Court, Denton County, 431st Texas, Judicial District, requesting to depose Kamyon Conner of the North Texas Equal Access Fund here.

Search …











Follow Us!

| | | | |
|---|---|---|---|
| Facebook | Twitter | YouTube | Instagram |
| LinkedIn | Parler | Rumble | GiveSendGo |

## WAYS TO HELP

Give Online

Give by Phone

Give by Mail

Gift of Stock

Give in Memoriam

Make a Legacy Gift

THOMAS MORE SOCIETY
# PREMIUM

When you register for a Premium Membership, you will get access to premium content on our website such as attorney blogs, webinar recordings, media links featuring our attorneys, the full version of our documentary, "Fighting for Life: The NOW V. Scheidler Story," and more. In addition, premium members will receive regular emails from our attorneys with updates on our top cases. Subscription is free and you can cancel at any time. By clicking the Register Now button you agree to our privacy policy and terms of use.

**SUBSCRIBE**

The Thomas More Society is recognized as a 501(C)(3)
public charity by the internal revenue service.
Gifts are tax-deductible to the fullest extent allowable by law.

Privacy Policy | Financial Disclosures

Home

About Us

Careers

Contact Us

Fighting for Life: The Story of NOW v. Scheidler

Financial Disclosures

Legal Help

Make a Donation

Press Room

Videos

What We Do

Who We Are

© 2021 Thomas More Society 309 W. Washington Street, Suite 1250 Chicago, Illinois 60606
Site development: Bonaventure